# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AVANT LOCATION TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Civil Action No. 2:24-CV-0757-JRG (LEAD CASE)<br><br>**JURY TRIAL DEMANDED**<br><br>**REDACTED IN ENTIRETY** |

## DECLARATION OF RICK WARREN IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA