# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AVANT LOCATION TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:24-CV-0757-JRG (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** <br><br> **REDACTED IN ENTIRETY** |

### DECLARATION OF JACOB ANDERSON IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA