# EXHIBIT 3



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20240115173
Date Filed: 1/18/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | ANJAY VENTURE PARTNERS LLC |
| Entity No. | 201703110272 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 22836 POPLAR GROVE SQUARE CUPERTINO, CA 95014-2653 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 22836 POPLAR GROVE SQUARE CUPERTINO, CA 95014-2653 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 22836 POPLAR GROVE SQUARE CUPERTINO, CA 95014-2653 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Deepak Kumar Sharma | 22836 Poplar Grove Square Cupertino, CA 95014 |

| Agent for Service of Process | |
|---|---|
| Agent Name | DEEPAK KUMAR SHARMA |
| Agent Address | 22836 POPLAR GROVE SQUARE CUPERTINO, CA 95014 |

| Type of Business | |
|---|---|
| Type of Business | MANAGEMENT CONSULTING |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| Deepak Kumar Sharma | 22836 Poplar Grove Square Cupertino, CA 95014 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Deepak Kumar Sharma*  *01/18/2024*
Signature                          Date

B2425-6807 01/18/2024 8:41 PM Received by California Secretary of State