# EXHIBIT 5

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT8060375

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| AFIRMA CONSULTING & TECHNOLOGIES SL | 05/19/2023 |

## RECEIVING PARTY DATA

| Name: | AVANT LOCATION TECHNOLOGIES LLC |
|---|---|
| Street Address: | 104 EAST HOUSTON STREET SUITE 140 |
| City: | MARSHALL |
| State/Country: | TEXAS |
| Postal Code: | 75670 |

## PROPERTY NUMBERS Total: 11

| Property Type | Number |
|---|---|
| Patent Number: | 8738040 |
| Patent Number: | 8934922 |
| Patent Number: | 9042910 |
| Patent Number: | 9119030 |
| Patent Number: | 9485621 |
| Patent Number: | 9622032 |
| Patent Number: | 9749793 |
| Patent Number: | 9906901 |
| Patent Number: | 10009720 |
| Patent Number: | 9210167 |
| Patent Number: | 9253639 |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 2122575797 |
|---|---|
| Email: | ip@remotedocket.com |
| Correspondent Name: | FABRICANT LLP |
| Address Line 1: | 230 PARK AVENUE, 3RD FLOOR W. |
| Address Line 4: | NEW YORK, NEW YORK 10169 |

| ATTORNEY DOCKET NUMBER: | AVANT |
|---|---|
| NAME OF SUBMITTER: | EDDIE ROWELL |
| SIGNATURE: | /Eddie Rowell/ |
| DATE SIGNED: | 07/17/2023 |
| **Total Attachments: 3** source=Exhibit A and B#page1.tif source=Exhibit A and B#page2.tif source=Exhibit A and B#page3.tif | |

## EXHIBIT A

### PATENTS & APPLICATIONS

Two (2) patent families, including any divisional, continuation, continuation-in-part, reissue, reexamination, utility model, foreign counterpart, parent or extension of any patent or application included in this Exhibit, any patents or patent applications whose priority is based upon such patents and patent applications, and any patents that have been named in any terminal disclaimer of any patent included in this Exhibit (Collectively referred as the "Patents") are listed below:

## PATENT LIST

| Ctry | Patent No. | Pub. No. | EP Active States | File Date | Est. Expiry |
|---|---|---|---|---|---|
| *Family 1, Priority Date 2006/03/28* | | | | | |
| CA | 2644902 | 2644902 | | 2007/03/27 | 2027/03/27 |
| CN | 101416545 | 101416545 | | 2007/03/27 | 2027/03/27 |
| EP | 2008488 | 2008488 | DE; ES; FR; GB; IT | 2007/03/27 | 2027/03/27 |
| EP | 2790433 | 2790433 | DE; ES; FR; GB; IT | 2007/03/27 | 2027/03/27 |
| KR | 101105024 | 20090007349 | | 2007/03/27 | |
| US | 8738040 | 20100190508 | | 2007/03/27 | 2030/02/16 |
| US | 8934922 | 20140308981 | | 2014/06/26 | 2027/03/27 |
| US | 9042910 | 20140221007 | | 2014/04/11 | 2027/03/27 |
| US | 9119030 | 20150087337 | | 2014/12/05 | 2027/03/27 |
| US | 9485621 | 20150289096 | | 2015/06/18 | 2027/03/27 |
| US | 9622032 | 20150281898 | | 2015/06/12 | 2030/04/12 |
| US | 9749793 | 20150281897 | | 2015/06/12 | 2030/04/24 |
| US | 9906901 | 20150281896 | | 2015/06/12 | 2030/04/12 |
| US | 10009720 | 20150281895 | | 2015/06/12 | 2027/03/27 |
| *Family 2, Priority Date 2014/08/11* | | | | | |
| US | 9210167 | 9210167 | | 2014/08/11 | 2034/08/11 |
| US | 9253639 | 20160044510 | | 2014/08/11 | 2034/08/11 |

Table 1: Patent Portfolio for Sale

PATENT
REEL: 064282 FRAME: 0059

## EXHIBIT B
## TRANSFER DOCUMENT FOR USPTO RECORDING

This patent assignment ("Assignment") is entered into as of 19th May 2023 (the "Effective Date") by the between AFIRMA CONSULTING & TECHNOLOGIES SL, a Spanish corporation having a place of business at C/ Julio Palacios 13, 8E, 28029 Madrid,, Spain ("Assignor"), and AVANT LOCATION TECHNOLOGIES LLC, a Texas based entity having a principal place of business at 104 East Houston Street Suite 140 Marshall TX 75670 USA ("Assignee"), all of Assignor's right, title, and interest in and to the following (collectively, the "Assigned Patent Rights"):

For good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby irrevocably sell, assign, transfer, and convey to Assignee, as the Effective Date, all of the Assignor's right, title and interest for the United States of America and its territorial possessions, and all foreign countries including all rights of priority, in inventions disclosed in:

(a) the patents and patent applications and any terminally disclaimed to or from such patents (U.S. or Foreign) (the "Patents") solely owned by Assignor and expressly identified on Exhibit A, together with;

(b) future applications for patents under U.S. law or regulation or of any foreign country with respect to the patentable inventions filed by Assignee from which any of the foregoing arise, including without limitation, divisions, continuations, continuations-in-part, substitutions, reexaminations, reissues, extensions, continuing prosecution application, requests for continuing examinations, registrations of any of the Patents and foreign counterparts therefrom the (collectively, "Assigned Patents");

(c) rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to the Patents; and

(d) all causes of action, enforcement rights, and remedies of any kind arising under any such Assigned Patent prior to, on or after the Effective Date of this Agreement and/or any of the items described in either of the foregoing categories (b) or (c), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current, and future infringement and all claims for damages by reason of past, present or future infringement or other unauthorized use of such Assigned Patents with the right to sue for and collect such damages.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all future patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Assigned Patent Rights in the name of Assignee, as the assignee to the entire interest therein. This Assignment of Patent Rights will inure for the benefit of any permitted successors or assigns of Assignee.

Assignor will, at the reasonable request of Assignee, take all reasonable steps necessary and proper, to confirm the assignment to Assignee of the Assigned Patent Rights pursuant to this Assignment of Patent Rights, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining and perfecting the Assigned Patent Rights.

IN WITNESS WHEREOF, Assignor has caused its duly authorized representatives to execute this Assignment.

AFIRMA CONSULTING & TECHNOLOGIES SL ("THE ASSIGNOR")

By: _____

Name: Carlos Alberto Perez Lafuente

Title: CEO

Date: 19th May 2023