# EXHIBIT 6

# REDACTED IN ENTIRETY