# EXHIBIT 12



Search Best Buy

Directory   TX   Tyler   5514 S Broadway Ave

**STORE DETAILS**   **GEEK SQUAD**

# Best Buy Tyler

● Open Now   Closes at   9:00 PM   4.0 ★★★★☆ (3212 reviews)

5514 S Broadway Ave
Tyler, TX 75703

(903) 509-0690

**Directions**

## Store Hours | Curbside Hours

● Open Now   Closes at 9:00 PM

| | |
|---|---|
| Monday | 10:00 AM - 9:00 PM |
| Tuesday | 11:00 AM - 9:00 PM |
| Wednesday | 10:00 AM - 9:00 PM |
| Thursday | 10:00 AM - 9:00 PM |
| Friday | 10:00 AM - 9:00 PM |
| Saturday | 10:00 AM - 9:00 PM |
| Sunday | 10:00 AM - 8:00 PM |

### Services Offered

- Geek Squad Services
- Apple Shop
- Windows Store
- Samsung Experience Shop
- Samsung Experience Only
- Sony Experience
- LG Experience
- Car & GPS Installation Services
- Apple Authorized Service Provider
- Samsung Open House
- Trade-In
- Hearing Solutions Center

## On This Page:

**Shop**

Specialty Shops & Services

Explore

FAQs

Reviews

About

Nearby Stores

## Find Items in This Store

Search Best Buy

## Shop Best Buy Tyler

Computers & Tablets

TV & Home Theater

Video Games

Cell Phones

Audio

Appliances

Wearable Technology


Smart Home, Security &


Cameras, Camcorders


Health, Fitness & Beauty

Home, Furniture & Office

Toys, Games & Collectibles

## Specialty Shops and Services



**Apple Shop**

Visit our store-within-a store for all things Apple: Mac, iPad, iPhone, Apple TV and more.



**Windows Store**

Get help from Microsoft experts and try out a full range of Microsoft products and accessories.



**Samsung Experience Only**

See how Samsung's technology can redefine your home theater experience.



**Sony Experience**

Sony experts are ready to show you the latest TVs, sound bars and gaming experiences from Sony.



**LG Experience**

Discover the incredible pictures...



**Apple Authorized Service Provider**



**Trade-In**

Most stores offer Trade-In on eligible items including mobile phones, tablets, other hardware, and video game software purchased anywhere. Participating stores may have additional requirements.



**Hearing Solutions Center**

Find the right hearing solutions with help from experts, plus learn more about using your products.

## More to Explore



Shop with an expert, right from home.

Call, chat, video chat or in-home consultation.

**Shop with an Expert**



Enjoy a safe, convenient shopping experience.

Home Experts can assist you with any solution, from creating a home theater to updating your Wi-Fi network or even designing your dream kitchen. We're here to help, anywhere you would like to shop.

**Learn more.**




**Save with open-box products at a store near you.**

Choose from a variety of open-box items, all discounted to save you money. Check back often because our selection varies. But you can rest assured that open-box products are always covered by our Return and Exchange Promise.

Shop Open Box

**Jobs that tech lovers love.**

Apply for a seasonal job at Best Buy, where you'll surround yourself with a great team and get an amazing employee discount on the tech you love.

Apply Now

# Frequently Asked Questions About Best Buy Tyler

How do I check product availability at the Tyler Best Buy?

How do I check my order status?

My local Tyler Best Buy store and BestBuy.com ran out of the item I want. Is there another way to get it?

I bought a gift that requires service/installation. When can I expect that to be scheduled?

What are Best Buy Tyler stores' holiday hours?

# Recent Reviews

4.0    (3212 reviews)

**michelle g**
October 27, 2024

★★★☆☆
**3 out of 5**

Friday 10/25 I purchased the AirPods 2nd Gen online to pick up in store. Later that night I did more research on

the AirPods and decided I wanted the 4th Gen instead(after having 7+ pairs of the 2nd gen that always get ruined in the washer I decided on something new). Anyway I go Sunday 10/27 to exchange them for the 4th gen. I had no issues with the exchange everything went fine. I go in my car excited to try them out, I open them up and as I'm driving off I noticed that the case didn't look "new". I couldn't decide if it was dirty? or must've been part of a bad batch and wasn't painted right. I went ahead and took off the tape anyway and decided well that's not a big deal(I just wanted my AirPods already and wasn't trying to go back over something small so I thought). Once I open up the case I realized that the AirPods "mesh" part was busted in. I went on the Apple website to check if this is just how the design is or if these were a bad pair sold to me. Sure enough it was a bad pair and luckily didn't drive far so I went back just in time before they closed to let them know and to exchange them obviously. The greeter at the door was very nice about the situation on the other hand the cashier (same one from before) seemed annoyed and almost like he didn't believe me that these are the same ones he just sold me! He said that they were a fake pair, asked me if they were sealed before opening and that the serial number wouldn't pop up when he was doing the exchange. Which didn't make sense to me because then how were you able to sell them to me and place Apple care on them at the first exchange? When he gave me the new pair I made sure to double check them and even connect them to my phone to make sure that it was a legit pair! Thankfully they were and made sure I had my receipt just in case! All this to say please check your purchases in store if you can! This is this first time this has happened to me and will be checking future purchases from now on!

### Response from Best Buy

October 28, 2024

Hello, Thank you for sharing your feedback with us. I can understand deciding to upgrade your AirPods, only to find that they weren't in the condition they should have been in, wouldn't be welcome. I'd like to have our corporate team review the experience with getting these exchanged. Feel free to send a private message on one of our social media platforms, Facebook (facebook.com/BestBuy), Twitter/X (twitter.com/BestBuySupport), or Instagram (instagram.com/bestbuy), with your full name, phone number, email address, and the Customer Service Pin Number from the exchange receipt. Please also refer to your "Google review case 64360998" in your message to us. Sincerely, ^Melissa

### Aldo C

October 27, 2024

**5 out of 5**

The best place to buy



**Rhonda R**
October 25, 2024

**5 out of 5**

The store was very clean and organized . They had service people ready and willing to help with all your electronic needs. I felt relaxed about shopping there .



**Hiren L**
October 23, 2024

**5 out of 5**

I like the staff here. They all are helpful and attentive to each customers.

## About Best Buy Tyler

At Best Buy Tyler, we specialize in helping you find the best technology to enrich your life. Together, we can transform your living space with the latest smart home technology, HDTVs, computers and gaming consoles from your favorite brands. We can walk you through updating your appliances with cutting-edge refrigerators, ovens, washers and dryers. And we can help you make the most of your active lifestyle with our huge selection of health and wellness gear.

You can also rely on the Best Buy Tyler team to keep your devices running smoothly with the full range of Geek Squad® services , including installation, delivery, set up, protection, repair and support. To ensure you can get the assistance you need, you can schedule a service with Geek Squad® for a time and date that fits your busy lifestyle. Or come in and visit us at  5514 S Broadway Ave in Tyler, TX, so we can help you find and navigate the perfect new camera, cell phone, TV , video games and more.

Can't make it to the Best Buy Tyler? Don't worry — visit our virtual store where you can live chat, voice call or video call with product experts who can help you compare items, check out, or even show you a product demo. You can also shop popular categories online or Discover & Learn with our detailed Shopping Guides, in-depth How-To guides and helpful Tips and Ideas. Learn how to live more sustainably, discover the latest must-have electronics and explore what best fits your lifestyle, home, workspace and everything in between.

bestbuy.com




**Visit our Support Center**    **Check your Order Status**



**Shipping, Delivery & Store Pickup**



**Returns & Exchanges**



**Price Match Guarantee**

| Order & Purchases |
| Payment Options |
| Support & Services |
| Rewards & Membership |
| Partnerships |
| About Best Buy |

How was your experience?
Give feedback about our website

**Best Buy Canada**

| Legal & Privacy |

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.