# EXHIBIT 13

 Cupertino, California to Marshall, Texas    Drive **1,856 miles**, 28 hr



Map data ©2024 Google, INEGI    100 mi

🚗 **via I-40 E**                                    **28 hr**
   26 hr without traffic                          1,856 miles
   ⚠ This route has tolls.
   ⚠ Your destination is in a different time zone.

🚗 **via I-40 E and I-20 E**                         **28 hr**
   26 hr without traffic                          1,867 miles

✈ **San Jose, CA—Shreveport,**                    **5 hr 35 min**
   **LA**                                         from $334

### Explore new places along this route
Add suggested stops



Explore Marshall