# EXHIBIT 14

12,578 Federal District Court Cases  Page 1 of 2

# Federal Court

Showing **12,578** federal district court cases; in E.D.Tex.; pending between 2019-10-01 and 2024-11-20.; sorted by most recent docket activity.

## Timing



| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| Temporary Restraining Order (Grant) | 39 | 3 |
| Temporary Restraining Order (Deny) | 24 | 28 |
| Preliminary Injunction (Grant) | 52 | 73 |
| Preliminary Injunction (Deny) | 31 | 199 |
| Permanent Injunction (Grant) | 116 | 311 |
| Permanent Injunction (Deny) | 6 | n/a |
| FLSA Conditional Certification | 25 | 268 |
| Class Certification | 18 | 692 |
| Claim Construction Hearing | 339 | 383 |
| Class Action Settlement | 15 | 830 |