# EXHIBIT 15


# Federal Court

Showing **48,597** federal district court cases; in N.D.Cal.; pending between 2019-10-01 and 2024-11-20.; sorted by most recent docket activity.

## Timing



| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Temporary Restraining Order (Grant)** | 144 | 8 |
| **Temporary Restraining Order (Deny)** | 164 | 14 |
| **Preliminary Injunction (Grant)** | 156 | 74 |
| **Preliminary Injunction (Deny)** | 149 | 92 |
| **Permanent Injunction (Grant)** | 327 | 337 |
| **Permanent Injunction (Deny)** | 17 | 428 |
| **FLSA Conditional Certification** | 70 | 411 |
| **Class Certification** | 466 | 879 |
| **Claim Construction Hearing** | 142 | 454 |
| **Class Action Settlement** | 333 | 1,114 |

https://law.lexmachina.com/cases/?pending-from=2019-10-01&pending-to=2024-11-20&court-