# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AVANT LOCATION TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 2:24-CV-0757-JRG (LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS

Before the Court is Defendant Apple Inc.'s Motion to Dismiss or, Alternatively, to Transfer to the Northern District of California. Having considered all materials and arguments submitted in connection therewith, the Court finds that the Motion should be and hereby is **GRANTED**, and the case is hereby **DISMISSED**.

  IT IS SO ORDERED.