# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AVANT LOCATION TECHNOLOGIES LLC, | § § § Case No. 2:24-cv-00757-JRG § (LEAD CASE) |
| Plaintiff, | § § **JURY TRIAL DEMANDED** § |
| v. | § § |
| APPLE INC., | § § § |
| Defendant. | § § |

**JOINT MOTION FOR EXTENSION OF TIME TO BRIEFING SCHEDULE FOR APPLE INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA (DKT. 33)**

Plaintiff Avant Location Technologies LLC ("Avant") and Defendant Apple Inc. ("Apple") (collectively, "the Parties") respectfully file this Joint Motion for Extension of Time to Briefing Schedule for Apple's Motion to Dismiss or, Alternatively, to Transfer to the Northern District of California (Dkt. 33) ("the Motion").

Apple filed the Motion on November 22, 2024. (Dkt. 33). Avant filed its response to the Motion on December 23, 2024 (Dkt. 59). The current deadline for Apple's reply is December 31, 2024. The Parties respectfully request that the Court extend the deadline for Apple's reply by 10 days to January 10, 2025 and the deadline for Avant's sur-reply by 10 days to January 27, 2025.

The Parties do not file this joint motion for the purpose of delay, but rather to allow the Parties to adequately address the issues associated with the Motion, and in order that justice be done.

Dated: December 26, 2024

Respectfully submitted,

*/s/ Peter Lambrianakos (with permission)*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

William E. Davis, III
Texas Bar No. 24047416
Email: bdavis@davisfirm.com
Ty Wilson Texas
State Bar No. 24106583
Email: twilson@davisfirm.com
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

***ATTORNEYS FOR PLAINTIFF
AVANT LOCATION TECHNOLOGIES, LLC***


*/s/ Melissa R. Smith*
Joseph J. Mueller (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
andrew.danford@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
Joseph F. Haag (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000
mark.selwyn@wilmerhale.com
joseph.haag@wilmerhale.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

***ATTORNEYS FOR DEFENDANT APPLE INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 26, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Melissa R. Smith*
Melissa R. Smith